THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Dennis Hunter, Appellant.
 
 
 
 
 

Appeal From Darlington County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2009-UP-582
 Submitted November 2, 2009  Filed
December 3, 2009

APPEAL DISMISSED

 
 
 
 Senior Appellate Attorney Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; Solicitor Jay Hodge, Jr., of
 Cheraw, for Respondent.
 
 
 

PER CURIAM:  Dennis Hunter appeals his guilty plea to
 murder and corresponding forty-year sentence.  He also pled guilty to armed
 robbery, criminal conspiracy, and possession with intent to distribute
 marijuana, and was sentenced to concurrent terms of twenty-five, five, and five
 years' imprisonment, respectively.  Hunter argues the plea court erred in
 accepting his guilty plea to murder because the State conceded he was not the
 triggerman.  After a thorough review of
 the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
HEARN., C.J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.